ANNE D. ALLEN, AS EXECUTRIX, *ET AL.*, PLAINTIFFS-PETITIONERS, v. METROPOLITAN LIFE INSURANCE COMPANY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 223.

*Messrs. Hein, Smith & Mooney* and *Mr. Joseph MacDonald* for the petitioners.

*Messrs. McCarter & English* and *Mr. Eugene M. Haring* for the respondent.

July 3, 1964. ▬

MANUEL S. MAGAN, PLAINTIFF-PETITIONER, v. BRIDGETON TRANSIT, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Finnegan & Barth* and *Mr. Joseph Pierce Lodge* for the petitioner.

*Messrs. Bleakly, Stockwell & Zink, Mr. Charles McGeary* and *Mr. William M. Balliette, Jr.,* for the respondent.